UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH RYAN CARLSON #387900,                )
               Petitioner,            )
                                       )      No. 1:13-cv-1140
-v-                                         )
                                       )      HONORABLE PAUL L. MALONEY
MARY BERGHUIS,                              )
                Respondent.            )
_____)

## JUDGMENT

Having denied Joseph Carlson's requested relief and having dismissed his habeas petition,

as required by Fed. R Civ. P. 58, **JUDGMENT** enters in favor of Respondent and against Petitioner.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date:   December 31, 2013                /s/ Paul L. Maloney       
                                                Paul L. Maloney
                                                Chief United States District Judge